IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff/Appellee,**

                              No. 2:09-cr-00402-MV-1

**PERON MERISE,**

      **Defendant/Appellant.**

## ORDER

      **THIS MATTER** having come before the Court upon Defendant/Appellant Peron Merise's *Motion for Leave to Proceed on Appeal Without Prepayment of Costs or Fees (Doc. 71)*, and the Court being fully advised, **FINDS** that the motion is well-taken and shall be **GRANTED**.

      **IT IS THEREFORE HEREBY ORDERED** that Defendant/Appellant Peron Merise's *Motion for Leave to Proceed on Appeal Without Prepayment of Costs or Fees (Doc. 71)* is hereby **GRANTED** and Peron Merise may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

      **IT IS SO ORDERED.**

                                          */s/ Lourdes A. Martínez*
                                          **LOURDES A. MARTÍNEZ**
                                          **UNITED STATES MAGISTRATE JUDGE**